UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD D. BRADLEY,

        Plaintiff,

v.

WAYNE COUNTY THIRD CIRCUIT COURT,
WAYNE COUNTY PROBATE COURT,
WAYNE COUNTY FRIEND OF THE COURT,
and WAYNE COUNTY, MICHIGAN,

        Defendants.
_____/

Case Number 23-11616
Honorable David M. Lawson
Magistrate Judge Curtis Ivy, Jr.

## JUDGMENT

In accordance with the opinion and order entered on this date, it is **ORDERED AND ADJUDGED** that the complaint against defendants Wayne County Third Circuit Court, Wayne County Probate Court, and Wayne County Friend of the Court is **DISMISSED WITHOUT PREJUDICE**, and the complaint against defendant Wayne County is **DISMISSED WITH PREJUDICE**.

                              s/David M. Lawson
                              DAVID M. LAWSON
                              United States District Judge

Dated:  July 24, 2024